IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01432-ZLW-KMT

AAC ADOPTION AND FAMILY NETWORK, INC., a Colorado Non-Profit Corporation,

    Plaintiff,

v.

STATE OF COLORADO, DEPARTMENT OF HUMAN SERVICES,

    Defendant.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

Pursuant to and in accordance with the Motion To Dismiss With Prejudice In A Civil Action (Doc. No. 5; Sep. 10, 2008), it is

ORDERED that the Complaint and cause of action are dismissed without prejudice, each party to pay its own costs and fees associated with this matter.

DATED at Denver, Colorado, this __11th__ day of September, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court